JOSEPHINE BENNETT, Appellant, *v.* JOHN W. VAN ALLEN et al., as Trustees in Proceedings for Reorganization of International Railway Company, Respondents.

Submitted October 3, 1951; decided October 5, 1951.

*James Li Brize* for motion.

No one opposed.

Motion dismissed, with $10 costs and necessary printing disbursements, upon the ground that the papers were not filed within the time fixed by subdivision 3 of section 592 of the Civil Practice Act.